# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>JORDAN RIVER FASHION, located at 3429 W. North Avenue, Milwaukee, WI 53208 (PREMISES 2), to include the mailbox and all associated storage lockers, closets, and areas associated with PREMISES 2 located within the curtilage of the Subject Premises including a Mitsubishi vehicle bearing Wisconsin license plate VH9615 | Case No. 25-910M(NJ) |

**CLERK'S OFFICE**
**A TRUE COPY**
**May 16, 2025**
**s/ llc**
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     5/30/2025     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Nancy Joseph     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     5/16/2025 @ 10:16 a.m.     *[signature: Nancy Joseph]*
*Judge's signature*

City and state:     Milwaukee, WI     Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** |||
|---|---|---|
| Case No.:<br>MK08NE20MK0001 | Date and time warrant executed:<br>0945 5/19/25 | Copy of warrant and inventory left with:<br>at the Jordan River Fashion store |
| Inventory made in the presence of :<br>SA Sheriff/SA Klevinskas |||
| Inventory of the property taken and name(s) of any person(s) seized:<br>See attached |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/2/2025

*Executing officer's signature*

Marcello Sheriff Special Agent
*Printed name and title*

Inventory  MK08NE20MK0001
1 Moncler Polos
2 Hermes T-Shirts
 Box 9mm Ammo / 9mm magazines (2, 3)
 1 Smith + Wesson M+P shield with magazine 9mm Ammo
3 Amiri Sweatshirts
4 Balenciaga T-Shirts
5 Fendi shirts
6 Fendi Sweatshirts
7 Essentials sweatpants
8 McQueen sweat shirts
9 Dolce & Gabbana (DG) Shirts
10 Nike shoes
11 McQueen sweat pants
12 Amiri Jean Jackets
13 Burberry Shirts
14 Amiri Hoodies
15 Denim Tears shorts pants
16 DG Hoodies
17 Amiri T-Shirts
18 Celine shorts
19 Sp5der T-Shirts
20 Dior Jeans
21 Dior T-Shirts
22 McQueen T-Shirts
23 Armani shirts
24 Gucci T-Shirts ~~kids~~ kids
25

26. Adidas Track Jacket
27. Balenciaga Shoes
28. McQueen Shoes
29. Louis Vuitton Shoes
30. Adidas shoes
31. Prada shoes
32. Asics shoes
33. Balenciaga sweatshirts 12
34. Chrome Hearts T-Shirts 100
35. AMIRI Shoes
36. Versace shoes
37. Dior Shoes
38. DG Shoes
39. Chanel shoes
40. Gucci shoes
41. Balenciaga Jackets 6
42. Ugg Shoes
43. Givenchy T-Shirts 19
44. Burberry Shoes
45. Various Brand under garments
46. Amiri shorts 7
47. Gucci Bags 2
48. Louis Vuitton Bags 3
49. Fendi Jacket (10)
50. Louis Vuitton Shirts
51. Adidas Sweatpants
52. Amiri Pants

53 Gucci T-Shirts
54 Gucci Jackets
55 Burberry coats 13
56 LV coat
57 LV Pant
58 New Balance Shoes
59 Rick Owens Shoes
60 Reason shoes
61 Prada shirts
62 LV Sweatshirts
63 Versace Jackets
64 Nike sweatpants
65 Nike Sweat shirts 16
66 Gucci Sweatshirts
67 Burberry kids clothing
68 Cartier Sunglasses
69 DG Jeans
70 Nike coats
71 Dior Joggers
72 Prada coats
73 Loewes t-shirts
74 Chrome Heart Jeans
75 Denim Tear Sweatpants
76 Essentials Hoodies
77 LV kids tshirt
78 Versace T-Shirts
79 Dior shorts

| # | Item |
|---|---|
| 80 | Versace sweatshirts |
| 81 | Essential t-shirts |
| 82 | Givenchy shoes |
| 83 | Versace shirts |
| 84 | Balman sweats |
| 85 | Loewes sweatshirts |
| 86 | Burberry sweaters |
| 87 | Kids LV Jogger |
| 88 | Balman Jackets |
| 89 | Balenciaga Jeans |
| 90 | Bape shoes |
| 91 | DG sweat suit |
| 92 | Off white hoodies |
| 93 | Givenchy Jackets |
| 94 | Lavin Sweatshirts |
| 95 | True Religion shoes |
| 96 | Nike Joggers |
| 97 | Chrome Hearts hoodies |
| 98 | Denim Tears sweatshirts |
| 99 | Kids Gucci Jogger |
| 100 | Essential FOG shorts |
| 101 | Dior Tshirts kids |
| 102 | Balman shoes |
| 103 | Lavin shoes |
| 104 | Fendi pants |
| 105 | Adidas shoe |
| 106 | Nike zip ups |

107 Moncler Jackets
108 Fendi Tote
109 Fog Track suits
110 Box 9mm Ammo
111 9mm Magazine
112 Smith & Wesson M&P shield w/ magazine 9mm
113 Clover Credit Card Machine
114 DVR Reelink
115 Moncler Polos
116 Hermes T-Shirts

Seize. Inventory By: HSI SA Marcello Sheriff
Witness: SA Byrd